UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ROCHELLE T. ALSTON, individually and
on behalf of her infant daughter, J.L.J.,

        Plaintiff,

        v.

CITY OF BUFFALO et al.,

        Defendants.

_____

25-CV-255-LJV-HKS
DECISION & ORDER

The plaintiff, Rochelle T. Alston, commenced this action under 42 U.S.C. §§ 1983, 1985, 1986, and 1988, individually and on behalf of her infant daughter, J.L.J. Docket Item 1.  On May 28, 2025, this Court referred the case to United States Magistrate Judge H. Kenneth Schroeder, Jr., for all proceedings under 28 U.S.C. § 636(b)(1).  Docket Item 2.  On November 18, 2025, the plaintiff moved to dismiss the claims brought on behalf of J.L.J. and to remove J.L.J. from this action, Docket Item 7, and the defendants did not oppose that motion.  Because J.L.J. is an infant, however, dismissal of her case requires court approval, *see* Western District of New York Local Rule of Civil Procedure 41(a)(1)(A), and on February 11, 2026, Judge Schroeder issued a Report and Recommendation ("R&R") finding that this Court should approve the dismissal and that the plaintiff's motion should be granted, Docket Item 8.  The defendants did not object to the R&R.  *See* Docket Item 9.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  The court must review de novo those portions of a magistrate judge's recommendation to which a party

objects.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).  But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised.  *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985).

Although not required to do so in light of the above, this Court nevertheless has reviewed Judge Schroeder's R&R as well as the parties' submissions to him.  Based on that review and the absence of any objections, the Court accepts and adopts Judge Schroeder's recommendation to grant the plaintiff's motion.

For the reasons stated above and in the R&R, the plaintiff's motion to dismiss the claims brought on behalf of J.L.J. and to remove J.L.J. from the case, Docket Item 7, is GRANTED.  The Clerk of the Court shall remove J.L.J. as a plaintiff.  The case is referred back to Judge Schroeder for further proceedings consistent with the referral order of May 28, 2025, Docket Item 2.

SO ORDERED.

Dated:      April 7, 2026
            Buffalo, New York


            */s/ Lawrence J. Vilardo*
            LAWRENCE J. VILARDO
            UNITED STATES DISTRICT JUDGE

2